UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEMENWAY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF FONTANA ET AL,<br><br>                    Defendant. | Case No. 5:25-cv-02568-ODW (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **REMANDING** this action to the Superior Court of California, County of San Bernadino.

Dated: July 1, 2026

_Otis D. Wright_

HONORABLE OTIS D. WRIGHT, II
United States District Judge