UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HEMENWAY, | Case No. 5:25-cv-02568-ODW (MAR) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF FONTANA ET AL, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is **REMANDED** to the Superior Court of California, County of San Bernadino.

Dated:  July 1, 2026

_____

HONORABLE OTIS D. WRIGHT, II
United States District Judge